# EXHIBIT A

# Oath of Office

I, Anthony Kiel, solemnly swear that I will support the Constitution of the United States, and the Constitution of the State of Alabama, so long as I continue a citizen thereof; and I will faithfully and honestly discharge the duties of the office upon which I am about to enter; and I will obey the orders of the Sheriff of Baldwin County and those in authority over me, to the best of my ability, so help me God.

Witness my hand this 18 day of _January_ 2023_.

_____        1-18-2023_____
Signature                                Date

Subscribed and sworn to before me this 18 day of _January_ 2023_.

_____        Jan 18, 2023_____
Signature                                Date

My Commission Expires:
April 27, 2026