# EXHIBIT C

# OFFICE OF SHERIFF

BALDWIN COUNTY, ALABAMA
SHERIFF HUEY HOSS MACK



320 N. Hoyle Avenue
Bay Minette, Alabama 36507
(251) 937-0210
Fax (251) 580-1687

Complainant(s): Dakota S. Parker

Address: (one form per addressee)
18126 County Road 54, Robertsdale, AL 36567

(Street Number and/or P.O. Box)   (City)   (State)   (Zip)

Home Phone Number: ( ) _____   Work Phone Number: ( ) 251-654-2553
Cellular Phone Number: ( ) 251-229-5538
Best time to contact you Any a.m./p.m.   Home/Work (circle one)

Date of Occurrence June 12th, 20 23   Time of Occurrence: 1530 a.m./p.m.
Officer/Employee's Name: Anthony Kiel

This Statement was completed at 0907 hrs. on the June 13th day of 20 23 at the location of the Baldwin County Sheriff's Department, Bay Minette, AL.

_____ 352         Dakota S. Parker
Signature of Person giving Statement   Printed name of Person giving Statement

==Please see next page to address your statement.==

If you wish to mail in your Statement, please seal in an envelope and mail to:

320 N. Hoyle Ave

Bay Minette, AL 36507

**Attention: Internal Affairs Division**

sheriff.baldwincountyal.gov

BCS.000017.Kiel

On June 12, 2023, I (CPL Dakota Parker) was informed of a social media post made by Investigator Anthony Kiel which may be in violation of BCSO Policy number 1021 "Speech, Expression and Social Networking".

The below image is of the post and comments made to Investigator Kiel's Facebook profile:



While I do not believe that the above post (and other post(s) on his profile) is, in and of itself, in violation of policy number 1021, I do feel that images of Investigator Keil in BCSO uniform posted to his profile that I observed on 6/12/23 do provide the implication that he is representing himself as a member of the Baldwin County Sheriff's Office. I feel that this inferred relationship could be in violation of BCSO Policy number 1021.

Furthermore, I feel that Investigator Keil's publicly posted statements can, and will, negatively effect the Baldwin County Sheriff's Office perception to members of the public at large, as they could be interpreted as violating multiple tenets of the Law Enforcement Code of Ethics.

> As a law enforcement officer, my fundamental duty is to serve the community; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation and the peaceful against abuse or disorder; and to respect the constitutional rights of all to liberty, equality and justice.
>
> I will keep my private life unsullied as an example to all and will behave in a manner that does not bring discredit to me or to my agency. I will maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed both in my personal and official life, I will be exemplary in obeying the law and the regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.
>
> ==I will never act officiously or permit personal feelings, prejudices, political beliefs, aspirations, animosities or friendships to influence my decisions.== With no

compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or abuse and never accepting gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of police service. I will never engage in acts of corruption or bribery, nor will I condone such acts by other police officers. I will cooperate with all legally authorized agencies and their representatives in the pursuit of justice.

I know that I alone am responsible for my own standard of professional performance and will take every reasonable opportunity to enhance and improve my level of knowledge and competence.

I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession . . . law enforcement.

Investigator Keil is currently appointed as an Investigator, and thus works intimately with victims of various crimes. His very poignant statement(s) could be considered ripened fruit for civil or criminal litigation if he were ever to pursue charges, neglect to obtain charges, utilize force against, or become a supervisor of a member of the protected class that he has elected to make these detrimental statements against.

Investigator Keil's statement has negatively affected the good order and discipline of the Baldwin County Sheriff's Office, which represents itself as non-prejudicial in its execution of law enforcement actions, and as an inclusive family for its employees. His statements have been interpreted by both myself and many of my subordinates as inflammatory towards a protected class. I understand from personal interactions with Investigator Keil that his religious beliefs are firmly held, and that his religious expression as well as his right to freedom of speech are protected by the Constitution of the United States; as such, he has every right to those beliefs and speech. I do not agree that he be allowed to make the vitriolic statement listed above while representing himself as an employee of the Baldwin County Sheriff's Office. I feel that his decision will have untold second and third order effects if his statement(s) were ever to be obtained by members of the media or public.

I make this complaint against Investigator Kiel in support of policy number 313, "Members are encouraged to promptly report any discriminatory, retaliatory, or harassing conduct or known violations of this policy to a supervisor". I also feel an ethical obligation to submit this complaint because, as a member of this agency and a supervisor, I cannot in good conscious stand idly by while members of my command and those that I call brothers and sisters feel discriminated against because of their sexuality or orientation. I do not call for, request, nor wish for punitive measures against Investigator Keil to be sought. I simply wish to bring this issue to the attention of the Command Staff due to its potential legal implications for both Investigator Keil as well as our organization, the interpretation made by many members of our organization, and the negative affects upon good order and discipline that have been wrought by his decision.

I recommend that Investigator Keil be counseled on policy number 1021, the Law Enforcement Code of Ethics, and the duty entrusted to him by this agency and members of the

public. I request that he judiciously conduct himself within the confines of the above while employed with the Baldwin County Sheriff's Office by deleting inflammatory posts or removing pointed or implied images/statements/etcetera from his social media platforms that show him as an employee of the Baldwin County Sheriff's Office. If neither of these courses of action are enforceable, then I recommend a thorough evaluation of our "Speech, Expression and Social Networking" policy, so that our organization will not be placed in a similar situation in the future.

   All policies cited in this complaint are attached. Thank you for your consideration in this matter.

## Alainna B. Elliott

**From:** Tony Nolfe
**Sent:** Wednesday, July 12, 2023 1:50 PM
**To:** Anthony Lowery; Alainna B. Elliott
**Subject:** Regarding Kiel complaint.

Today INV Anthony Keil and I had a discussion regarding the complaint filed against him. I told him that there was a formal complaint and that we felt it appropriate that I speak with him regarding it. I reiterated that the agency had no intention to censor his off duty free speech and that we believed it to be within policy but that my "warning" or advice to him revolved around the fact that faltering personal relationships could lead to ineffective professional relationships and therefore potentially upon professional performance.

I found his response to be professional and mature. He stated that he had worked with many of our homosexual employees and has friendships with several and those have not faltered. He state he and DEP Anderson have had many fruitful conversations since and both are comfortable with one another. I like one thing he said in particular; he stated that he learned from several MPD officers of Anderson's lifestyle not long after he joined the BCSO and that he never mentioned that to anyone and that it did not prohibit them from being effective squad mates and being very friendly over a long period of time. He also stated that he would never treat any person or Deputy differently than another due to things he may disagree with and that he would expect the same from others due to his beliefs that he knows are not always popular.

I believe the matter is well put to rest and that he and his peers are doing fine.

Major Tony Nolfe
Assistant Chief Deputy
Baldwin County Sheriff's Office
251-937-0210 Ext. 7634



BCS.000022.Kiel

09:48

< **Anthony Kiel** 🔍

"For their women exchanged natural relations for those that are contrary to nature; and the men likewise gave up natural relations with women and were consumed with passion for one another, men committing shameless acts with men and receiving in themselves the due penalty for their error . . . Though they know God's righteous decree that those who practice such things deserve to die, they not only do them but give approval to those who practice them" - Romans 1: 26-27, 32

**FOX10 News** ✓
1d

**Locals express varying opinions on Fairhope Pride weekend. Story:** https://bit.ly/43k6NsF

BALDWIN COUNTY
DIFFERING OPINIONS ON FAIRHOPE PRIDE EVENT | FOX10 NEWS
IN INDIA, KILLING NEARLY 300; RESCUE EFFORTS CONTINUE | NATIONAL

Tyler Ludke and 3 others        5 comments

Home   Friends   Watch   Marketplace   Notifications   Menu


**Michael Anderson**
Although you've stated in a fairly public manner that myself and some of your other coworkers deserve to die, I wanted to make sure that you were aware that myself and these other coworkers will still selflessly respond (again) when someone who's actually evil attempts to do harm to you (as has happened before).

Matthew 7: 1-5 states "Do not judge, or you too will be judged. For in the same way you judge others, you will be judged, and with the measure you use, it will be measured to you. Why do you look at the speck of sawdust in your brother's eye and pay n... See more

2h   Like   Reply                    1 

 **Anthony Kiel**
Michael Anderson Those are not my words Michael. They are literally quoted directly from scripture.

2h   Like   Reply

   Write a comment...      

2h   Like   Reply


**Delaney Thomas**
Michael Anderson well said Anderson!!

2h   Like   Reply


**Anthony Kiel**
Delaney Thomas I think you both know that I care for both of you greatly. Which is why I want you to come to Christ. If I didn't care about either of you then I would remain silent.

2h   Like   Reply


Write a reply...


**Martin Scott Catino**
The radical LGBT community continues to show anger and revulsion at God's word when it points out not only their sin, but their willful sin and blindness as well as the consequences of the homosexual life. In fact the leading lgbtq organization, the Human Rights Campaign, calls these verses "hammer verses." They say the

  Write a comment...     

**Delaney Thomas** I think you both know that I care for both of you greatly. Which is why I want you to come to Christ. If I didn't care about either of you then I would remain silent.

2h  Like  Reply

 Write a reply...

 **Martin Scott Catino**
The radical LGBT community continues to show anger and revulsion at God's word when it points out not only their sin, but their willful sin and blindness as well as the consequences of the homosexual life. In fact the leading lgbtq organization, the Human Rights Campaign, calls these verses "hammer verses." They say the hammer verses are the most destructive issue facing their movement. God's truth is indeed disturbing to those who are living in darkness and embracing a lifestyle that will have consequences in this world and the world to come.

38m  Like  Reply

 Write a comment...