# EXHIBIT D

Clear Form

# Baldwin County Sheriff's Office
# Employee Performance Evaluation





## Personnel Information

Employee's Name: Anthony Kiel

Employee Number: 187275

Job Title: DEPINV

Department: 52110

Period Covered: 12/05/2022 To: 12/04/2023

Date of Evaluation: 12/04/2023

Immediate Supervisor: Sgt. Michael Walker

Department Supervisor: Capt. A. Ried

Pay Grade/Step: 314

| | | |
|---|---|---|
| 5 | Excellent | Performance **consistently** exceeds expectations of his/her position |
| 4 | Very Good | Performance **meets and occasionally exceeds** expectations of his/her position. |
| 3 | Satisfactory | Performance **meets expectations** of his/her position. |
| 2 | Needs Improvement | Performance is **not fully meeting the responsibilities** of the job and needs to be counseled |
| 1 | Unaccetable | Performance on the job duty **does not meet the required standards** for performance of the position. |

## Evaluation Instructions

This form is designed to allow the supervisor to evaluate the employee's performance over the specified period. Each of the areas should be discussed and the employee given suggestions for improving his/her performance. The following categories are used to rank an employee's performance.

1. **Position Performance**
   Degree to which the employee performs essential functions of the position. Also, degree to which the employee utilizes other resources effectively to gain knowledge needed for the position.

   Ranking: ☒5 ☐4 ☐3 ☐2 ☐1

   Comments:

   Deputy Kiel has a firm grasp on the fundamental functions of being an investigator. He has grown in his knowledge, productivity, and initiative this evaluation period. Deputy Kiel has demonstrated he understands how to use multiple resources to solve or bring his cases to closure with a successful outcome. He strives to better himself on a daily basis.

2. **Work Quality**
   Accuracy, neatness, effective completion of assignments, and attention to detail.

   Ranking: ☐5 ☒4 ☐3 ☐2 ☐1

   Comments:

   Deputy Kiel is effective in his completion of assigned cases. He writes with accuracy that makes his reports easy to read. Deputy Kiel has an organized system to produce a neat case file with all associated documents.

Revised 09/29/2020

3. **Productivity**
Volume of work completed and effective use of resources to make best use of time.

Ranking: ☒5 ☐4 ☐3 ☐2 ☐1

Comments:

This is probably Deputy Kiel's best attribute during this evaluation period. He keeps up with the end of shift reports from the northern areas, which allows him to being looking into cases before they are even completed by patrol deputies. Deputy Kiel easily assesses cases and has an active system in how to proceed with his investigations. (see additional comments)

4. **Teamwork**
Willingness to work with others and considers coworkers ideas. Ability to get along with coworkers and treat them with respect.

Ranking: ☐5 ☐4 ☒3 ☐2 ☐1

Comments:

Deputy Kiel shows a willingness to work with others to accomplish his assignments. He works well with his fellow investigators and is always willing to lend a hand in their investigations. Deputy Kiel shows the ability to get along with coworkers and treats them with respect. However, Deputy Kiel has strong moral beliefs (see additional comments)

5. **Dependability**
Degree to which the employee can be relied upon to follow instructions, complete assigned tasks, and attend meetings.

Ranking: ☒5 ☐4 ☐3 ☐2 ☐1

Comments:

Deputy Kiel can be counted on to give 110% to complete assigned tasks on a consistent basis. Deputy Kiel is consistently where he needs to be, when he needs to be there. He follows instructions and is mindful to remain within the policies and procedures of the Sheriff's Office.

6. **Judgment**
Degree to which the employee uses sound reasoning to make decisions and has necessary information for making the decisions.

Ranking: ☐5 ☐4 ☒3 ☐2 ☐1

Comments:

Deputy Kiel uses sound reasoning that is based in Title 13A. His knowledge of the criminal code is consistently on point to address issues throughout his case work. Although Deputy Kiel uses all necessary information for making the right decisions related to case work he must realize all his actions need to take the same considerations.

Revised 09/29/2020

### 7. Initiative
Willingness to accept responsibility independently. Eagerness to learn and use new methods to accomplish tasks.

Ranking: ☒5  ☐4  ☐3  ☐2  ☐1

Comments:

Deputy Kiel routinely accepts responsibility for himself and his actions. He has an eagerness to learn and is not afraid to think outside the box. As mentioned above in the position performance area, he is constantly looking for ways to improve himself and to perfect his investigative skills.

### 8. Adaptability
Ability to work under changed or new situations or working conditions.

Ranking: ☒5  ☐4  ☐3  ☐2  ☐1

Comments:

Deputy Kiel has worked several different types of cases during this evaluation period to include: rapes, chemical endangerment of a child, recording a false instrument, identity theft, and unlawful breaking and entering of a vehicle. Each of these cases require a different approach with interview tactics, search warrants and evidence collection. Deputy Kiel completed these cases with all these things with little to no assistance.

### 9. Work Planning
Ability to organize work to accomplish the tasks assigned. Ensures that the plan is consistent with the team goals.

Ranking: ☒5  ☐4  ☐3  ☐2  ☐1

Comments:

Deputy Kiel is not a "sit and wait" kind of employee. When he is assigned a case, he jumps right on it; sometimes working the cases before C.I.D even receives the initial report. He has a well organized process that allows him to easily address multiple cases at one time. Deputy Kiel's plans are always consistent with North End C.I.D goals in mind.

## Additional Comments

3. Productivity- He processes the information received and effectively uses multiple resources to produce a solid criminal prosecution. If Deputy Kiel is not actively working cases, he can be found reading case law, or watching training videos on how to improve his investigation skills.

4. Teamwork - and is opinionated in this matter. This is not a knock on those beliefs or opinions, that is a fundamental right for everyone to have. The questions is can you put your personal beliefs and opinions aside when dealing with coworkers that do not hold to the same set of beliefs and opinions. It is my belief that he can and has done so, but I work with him on a daily basis. Other personnel within the Sheriff's Office may only know Deputy Kiel from a comment, opinion, social media post or just plain hearsay, which could lead them not to want to reach out to him for assistance. Deputy Kiel has to find a balance in this area that successfully builds bridges based on trust and open communications.

Revised 09/29/2020

**Additional Comments:**

Deputy Kiel has been a pleasure to work with during this elevation period. His youth and motivation are a pleasure to see within the agency. The knowledge he brings to the unit with his understanding and study of case law is a warm welcome. Deputy Kiel understands the goals and mindset of the Northend Investigation Unit and I consider him an up-and-coming leader within the Sheriff's Office. However, at times he can be a leadership challenge. That is not saying he cannot be lead or is hard to lead. I will explain it like this some people you tell to jump, and they jump, were as you tell Deputy Kiel to jump, he would ask "How high would you like me to jump".

Overall, Deputy Kiel is one of what I consider to be the Sheriff's Office's future leaders. He has passed the promotional test for Corporal. His merit appraisal score averaged out to a 4.44 which entitles him to a 3.0% pay raise. Deputy Kiel has earned this rating over this evaluation period and should receive what he has worked to achieve.

BCS.000078.Kiel

## Merit Increase Eligibility

The Sheriff's Office performance appraisal system is based on a sale of 1.0 to 5.0 for merit and probationary employees. An overall score of 3.0 or higher is deemed satisfactory. An overall score below 3.0 is deemed unsatisfactory. In the case of an unsatisfactory evaluation, a corrective action plan will be developed by the supervisor and employee, unless disciplinary actions, including, but not limited to, termination, is deemed necessary.

Merit and probationary employee performance appraisal percentage increases are as follows:

| Performance Appraisal Score | | Merit Increase |
|---|---|---|
| *From* | *To* | |
| 3.0 | 3.39 | 1.50% |
| 3.4 | 3.79 | 2.00% |
| 3.8 | 4.19 | 2.50% |
| 4.2 | 4.59 | 3.00% |
| 4.6 | 5.0 | 3.50% |

Employee's Signature     Date 11-28-23

Immediate Supervisor's Signature     Date 11/28/2023

Department Supervisor's Signature     Date 11/27/2023

Captain's Signature     Date 11-27-2023

Major's Signature     Date 11/29/23

Revised 09/29/2020

**Employee's Strengths**

1.  Judgment in how to approach a situation.
2.  Knowledge in Title 13A criminal code, and how it applies.
3.  Open to change and willness to learn.

**Areas for Improvement**

1.  Can be very opinionated at times.
2.  Finding a balance with personal beliefs and how they effect coworkers.
3.

**Employees Comments**

**Employee Questions**

1.  In what area of your employment can we expect you to improve in?

2.  What will you offer the Sheriff's Office next year?

Revised 10/09/18

**Employees Comments:**

#6 – I consistently depend on guidance from my immediate supervisors, current case law, and departmental policy to inform my approach in handling cases. I am fully prepared to support and justify any decisions made during this year's evaluation period concerning one of my cases. I respectfully disagree with the assessment that my performance in this category merely met expectations during this evaluation period; instead, it has notably surpassed them.

#4 – It's worth noting that I consistently extend my availability beyond regular working hours, promptly addressing calls and messages to support colleagues in their tasks. I actively encourage them to reach out whenever necessary. Additionally, I frequently assist the patrol division in their duties when I am near an incident and available. During my off days, I regularly engage in physical training with coworkers at the Ward Room, fostering relationships even among those with differing religious beliefs. Importantly, these interactions have not incited hostility either within or outside the workplace; instead, they have contributed to the cultivation of stronger working relationships. In relation to perceptions formed by colleagues who are not directly involved in my day-to-day activities, I respectfully disagree that any unfavorable opinions, based on incomplete or inaccurate information, should negatively impact my performance assessment. Using such fragmented perspectives as a standard would suggest that anyone encountering a personal disagreement at work would be deemed as underperforming.

**In what area of your employment can we expect you to improve in?**

I aim to expand my understanding of investigations related to cybercrimes, including crimes involving cryptocurrency and internet scams. This issue is growing in our area, and I want to confront it directly.

**What will you offer the Sheriff's Office next year?**

I will continue to work my assigned cases aggressively and continue assisting other personnel in their duties.