# EXHIBIT G



BCS.000048.Kiel

BCS.000049.Kiel





BCS.000050.Kiel

BCS.000051.Kiel



**Anthony Kiel**

> **Caitlin**
> We'll see about th...

Looks like either you've greatly misunderstood something I've said, or someone is feeding you misinformation about me.

7:18 PM

**Caitlin**
No, I formed my opinion all on my own based off your words. Which means other "women" probably will as well.....

**Anthony Kiel**

**Anthony Kiel**

> **Caitlin**
> No, I formed my opinion all on my...

🤷‍♂️

My wife is a woman and she's not offended.

**Caitlin**
Good for her. I am.

**Anthony Kiel**
Okay. Well, I haven't said anything to you so I don't know what exactly it is you are trying to accomplish here.

BCS.000053.Kiel



**Caitlin**
Clearly you have zero capability of understanding anything that's been said tonight. I'm not longer wasting my time on you. Have a great night.

♥ 1

**Badger Strangla**
I have said before, our words, beliefs, and opinions carry weight. To share such things thinking they will be prescribed to by others is foolhardy. Do better and be better, people.

♥ 3

**Kyle Faldoski**
@Caitlin, I'm truly

BCS.000054.Kiel



**Kyle Faldoski**
@Caitlin, I'm truly sorry that you and all the other females in this world have to face ridicule… specifically, something that changed over 100 years ago, and furthermore, within your own division. I hope that one day equality will be a shared and supported belief amongst everyone in this world.

♥ 3

**Caitlin**
@Kyle Faldoski Thank you!

BCS.000055.Kiel



**Anthony Kiel**

For a group that talks so much about equality, y'all sure are repulsed by different perspectives.

This is the last thing I will say tonight about this because nothing fruitful will come out of this exchange on here. I do not interact with you online; therefore, you had to go out and fish for this information. I haven't said anything to you, and you have no ability to see what I post online without going

BCS.000056.Kiel



information. I haven't said anything to you, and you have no ability to see what I post online without going through another person. You chose to seek this out and get offended.

You do not know what I believe. You think you do, but you don't. If you really wanted to know what I think, you would ask for clarification. But you didn't. I'll give you a hint though: you read this one wrong.

believe. You think you do, but you don't. If you really wanted to know what I think, you would ask for clarification. But you didn't. I'll give you a hint though: you read this one wrong.

Caitlin

### Examples of Gaslighting Behavior

There are many different ways that someone can gaslight another person. Here are some common examples:

- Denying that an event took place, even if there is evidence to prove it
- Lying and contradicting what the victim knows to be true
- Making the victim feel like they are crazy or overreacting
- Making the victim doubt their and perception