**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY KIEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. ACT. NO. 1:24-cv-314-TFM-M** |
| | ) | |
| **SHERIFF ANTHONY LOWERY, in his** | ) | |
| **official capacity as Sheriff of Baldwin** | ) | |
| **County,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order that was entered in this matter on June 2, 2026 (Doc. 44), **JUDGMENT** is hereby entered in favor of Defendant Sheriff Anthony Loery, in his official capacity as Sheriff of Baldwin County, and against Plaintiff Anthony Kiel as to all of his claims that were brought in this matter.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 2nd day of June 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE